UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

C-INNOVATION, L.L.C.                                    CIVIL ACTION

VERSUS                                                 NO: 25-1780

RMS EXPERIENTIAL MEDIA GROUP LLC,                      SECTION: N/5
et al

## **O R D E R**

Considering Plaintiff's proposed jurisdictional discovery plan[1] and Defendants' responses thereto,[2]

**IT IS HEREBY ORDERED** that the parties confer and submit a joint proposed jurisdictional discovery plan on or before May 11, 2026.

New Orleans, Louisiana this 1st day of May, 2026.

_____
ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. 56.
[2] Rec. Doc. 61, 66, & 68.