UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| C-INNOVATION, L.L.C. | CIVIL ACTION NO.  25-1780 |
| VERSUS | DISTRICT JUDGE ST. JOHN |
| PREMIER ACQUISITION HOLDINGS LLC, ET AL. | MAGISTRATE JUDGE NORTH |

### JOINT PROPOSED JURISDICTIONAL DISCOVERY PLAN

NOW INTO COURT, through undersigned counsel, comes Plaintiff, C-Innovation, L.L.C. ("C-Innovation"), and Defendants, Premier Acquisition Holdings LLC ("PAHL"); RMS Titanic, Inc. ("RMST"); Experiential Media Group 'EMG' LLC ("EMG"); Alta Fundamental Advisers SP LLC ("Alta"); Apollo Credit Strategies Master Fund Ltd. ("Apollo"); and Star V Partners, LLC ("Star V") (Plaintiff and Defendants are herein collectively referred to as the "Parties"), and hereby respectfully submit the following Joint Proposed Jurisdictional Discovery Plan.

In compliance with the Court's Order dated May 1, 2026, the Parties met on May 6, 2026, and discussed jurisdictional discovery to be completed. Present were:

T. Kent Morrison and Carlos J. Saravia on behalf of C-Innovation;

Cara Cotter and Rowen F. Asprodites on behalf of PAHL, RMST, and EMG;

Alan R. Davis and Lorin R. Scott on behalf of Alta;

Jamie L. Berger on behalf of Apollo; and

N. Kordell Caldwell on behalf of Star V.

Following collaborative and productive discussions, the Parties agreed to submit the following for the Court's consideration and approval.

1

## I.   WRITTEN DISCOVERY

C-Innovation will propound written discovery relevant to the issue of personal jurisdiction on Defendants on or before May 31, 2026. Defendants will respond to the discovery in accordance with the Federal Rules of Civil Procedure. Defendants reserve the right to object to specific discovery requests based on privilege, relevance, scope, burden, or other applicable objections.

## II.   DEPOSITIONS

Defendants reserve the right to challenge any deposition noticed by C-Innovation. The Parties presently expect to begin taking depositions in mid-July and to continue the deposition process through the end of September 2026. The Parties will work to identify deponents based on Defendants' responses to C-Innovation's written discovery. In the interim, the Parties will work to identify and reserve available dates for depositions.

Should the Parties require additional time to complete jurisdictional discovery, the Parties will promptly petition the Court for appropriate relief as the Court may deem necessary.

[SIGNATURES ON FOLLOWING PAGES]

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:    /s/ *Carlos J. Saravia*
Thomas Kent Morrison (Bar #25802)
Jeremy T. Grabill (Bar #34924)
Carlos Saravia (Bar #37530)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email: morrisok@phelps.com
Email: jeremy.grabill@phelps.com
Email: carlos.saravia@phelps.com


ATTORNEYS FOR PLAINTIFF C-
INNOVATION, L.L.C.


AND


**DEFENDANT STAR V PARTNERS LLC**

       *s/ Laura E. Carlisle*
LAURA E. CARLISLE (33760)
N. KORDELL CALDWELL (40301)
**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, LC**
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana  70170
Telephone:  (504) 566-5200
Facsimile: (504) 636-4000
E-mail: lcarlisle@bakerdonelson.com
E-mail: kcaldwell@bakerdonelson.com

3

AND


*/s/ Rowen F. Asprodites*
Aaron B. Greenbaum (Bar No. 31752)
Rowen F. Asprodites (Bar No. 33135)
Alessandro Steinhaus (Bar No. 41011)
PUSATERI, JOHNSTON, GUILLOT & GREENBAUM
1100 Poydras Street, Suite 2250
New Orleans, LA  70163
Telephone:  (504) 620-2500
Facsimile: (504) 620-2510
Aaron.greenbaum@pjgglaw.com
Rowen.asprodites@pjgglaw.com
Alessandro.steinhaus@pjgglaw.com

AND

Brian A. Wainger, Esq. (VSB #38476)
Caitlin Eberhardt, Esq. (VSB #94182)
KALEO LEGAL
4456 Corporation Lane, Suite 135
Virginia Beach, VA  23462
Telephone: (757) 621-3887
Facsimile: (757) 655-1958
bwainger@kaleolegal.com
ceberhardt@kaleolegal.com
**ATTORNEYS FOR PREMIER ACQUISITION
HOLDINGS, LLC, RMS TITANIC, INC.
EXPERIENTIAL MEDIA GROUP 'EMG' LLC**


AND

4

BY:    /s/ *Jamie L. Berger*
Jamie L. Berger, 32340
Shaun P. McFall, 37225
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, LA 70112
Telephone: 504-589-9700
Facsimile: 504-589-9701
jberger@barrassousdin.com
smcfall@barrassousdin.com

ATTORNEYS FOR APOLLO CREDIT
STRATEGIES MASTER FUND LTD.

AND

BY:    /s/ *Alan R. Davis*
Alan R. Davis (#31694)
Lorin R. Scott (#3888)
Denman T. Mims (#38840)
Adelaida J. Ferchmin (#29859)
R. Michael Herman (#40818)
**Taylor, Wellons, Politz & Duhe**
1555 Poydras Street, Suite 2000
New Orleans, La 70112
Telephone: (504) 525-9888
Fax: (504) 525-9899
adavis@twpdlaw.com
lscott@twpdlaw.com
aferchmin@twpdlaw.com
mherman@twpdlaw.com

ALTA FUNDAMENTAL ADVISORS SP LLC

5