UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

C-INNOVATION, L.L.C.                                      CIVIL ACTION

VERSUS                                                   NO. 25-1780

EXPERIENTIAL MEDIA GROUP EMG, LLC, et al.                SECTION: N/5

## ORDER

Considering the *Joint Proposed Jurisdictional Discovery Plan* (Rec. Doc. 70),

**IT IS HEREBY ORDERED** that the proposed plan is **ADOPTED AS MODIFIED**.

Accordingly,

1. Initial disclosures pursuant to Fed. R. Civ. P. 26 shall be completed by **May 29, 2026**.

2. Written discovery relevant to the issue of personal jurisdiction shall be completed by **July 1, 2026**.

3. Completion of jurisdictional discovery and depositions relevant to the issue of personal jurisdiction shall be completed by **October 1, 2026**.

4. Any motions challenging personal jurisdiction shall be filed and served in sufficient time to permit hearing thereon no later than **November 3, 2026**.

New Orleans, Louisiana, this 19th day of May, 2026.

ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE